IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHELIA ADAMS, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No. 2:09-CV-397(RSP) |
| | § | |
| PILGRIM'S PRIDE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## STATEMENT NOTING PARTIES' DEATHS

In accordance with Federal Rule of Civil Procedure 25(a), the Defendant, Pilgrim's Pride Corporation, notes the deaths of Plaintiffs Bobby Kidd and G. Terry Kidd during the pendency of this proceeding.

    Respectfully submitted,

    /s/ Clayton E. Bailey
    Clayton E. Bailey
    Texas State Bar No. 00796151
    cbailey@baileybrauer.com
    Alexander M. Brauer
    Texas State Bar No. 24038780
    abrauer@baileybrauer.com
    Paul M. Green
    Texas State Bar No. 24081405
    pgreen@baileybrauer.com

BAILEY BRAUER PLLC
Campbell Centre I
8150 N. Central Expy, Suite 935
Dallas, Texas 75206
Tel: (214) 360-7424
Fax: (214) 292-9551

– and –

David W. Parham
Texas State Bar No. 15459500
Jennifer D. McCollum
Texas State Bar No. 24053617

BAKER & McKENZIE LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas  75201
Telephone:  (214) 978-3000
Facsimile: (214) 978-3099

– and –

Michael A. Pollard
Illinois State Bar No. 6186000 (*Pro Hac Vice*)

BAKER & McKENZIE LLP
300 East Randolph, Suite 5000
Chicago, Illinois 60601
Telephone: (312) 861-8000
Facsimile: (312) 861-2899

– and –

**STATEMENT NOTING PARTIES' DEATHS – Page 2**

William V. Roppolo
Florida State Bar No. 0182850 (*Pro Hac Vice*)

BAKER & McKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8959
Facsimile: (305) 789-8953

– and –

Jennifer Parker Ainsworth
Texas Bar No. 00784720

WILSON, ROBERTSON & CORNELIUS, P.C.
909 ESE Loop 323, Suite 400
P.O. Box 7339 [75711]
Tyler, Texas 75701
Telephone No. (903) 509-5000
Facsimile No.  (903) 509-5092

**ATTORNEYS FOR DEFENDANT
PILGRIM'S PRIDE CORPORATION**

## CERTIFICATE OF SERVICE

     The undersigned certified that the foregoing Statement was filed electronically in compliance with Local Rule CV-5(a) on May 29, 2013.  As such, this document was served on all counsel of record who are deemed to have consented to electronic service as follows:

| | |
|---|---|
| Mark Brodeur | Robert Lamar Depper, Jr. |
| brodeurlaw@aol.com | bdepper@suddenlinkmail.com |
| BRODEUR LAW FIRM | DEPPER LAW FIRM, INC. |
| 900 Jackson Street, Suite 350 | 101 West Main |
| Dallas, TX 75202 | Suite 200 |
| | El Dorado, AR 71730 |
| | |
| Johnny E. Dollar | William Ellsworth Davis, III |
| DOLLAR LAIRD LLP | bdavis@bdavisfirm.com |
| 3139 Mercedes Drive | THE DAVIS FIRM, PC |
| P.O. Box 14310 | 111 West Tyler Street |
| Monroe, La. 71207-4310 | Longview, TX 75601 |
| | |
| Eric M. Albritton | |
| ema@emafirm.com | |
| Michael Benefield | |
| ALBRITTON LAW FIRM | |
| PO Box 2649 | |
| Longview, TX 75606 | |

                                            /s/Clayton E. Bailey
                                            Clayton E. Bailey

The undersigned further certifies that on May 28, 2012, the foregoing document was transmitted to the Hempstead County, Arkansas Sheriff's Department via U.S. Mail to be personally served to the following:

Doris Byrom Kidd (surviving spouse of Bobby Kidd)
182 Hempstead 1043
Hope, Arkansas 71801

Sandy Turner Kidd (surviving spouse of G. Terry Kidd)
212 Hempstead 36
Hope, Arkansas 71801

                                              /s/ Clayton E. Bailey